IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02230-MEH-KLM

CATHERINE RAY,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2010.**

    Plaintiff's Motion to Strike [filed December 17, 2009; docket #14] is **stricken** for Plaintiff's failure to provide legal authority for her position.  *See* D.C. Colo. LCivR 7.1C.