IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02230-MEH-KLM

CATHERINE RAY,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2010.**

    In the interests of justice, Plaintiff's Consent Motion to File an Amended Complaint [filed March 2, 2010; docket #35] is **granted**. The Clerk of the Court is directed to file the Amended Complaint found at docket #35-2. Defendant shall file a response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).