IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02230-MEH-KLM

CATHERINE RAY,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [docket #44]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

Dated in Denver, Colorado, this 27th day of April, 2010.

                                              BY THE COURT:

                                              *Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge